UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Edwin Diaz                          Case No: 21-11902-RAM

Chapter 7

_____Debtor_____/

## MOTION TO CONVERT CHAPTER 7 BANKRUPTCY CASE TO CHAPTER 13 NEGATIVE NOTICE 21 DAYS

Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.

**COME NOW**, the Debtors by and through their undersigned counsel and files this Motion to Convert Chapter 7 Bankruptcy Case to Chapter 13 and for the reasons as set forth below:

1. The debtor filed for chapter 7 bankruptcy protection on February 26, 2021.
2. The debtor desires to make good faith payments to their creditors and convert their case to a Chapter 13 bankruptcy.

**WHEREFORE**, the Debtor prays this Honorable Court enter an Order Granting the Chapter 7 Bankruptcy Case to Covert to a Chapter 13 for the purpose of permitting the filing of a Chapter 13 Petition.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Robert Angueira, Trustee and U.S. Mail this 23rd day of March 2021 to all parties on the service list.

Respectfully Submitted;

ROBERT SANCHEZ
355 WEST 49 STREET
HIALEAH, FLORIDA 33012
(305) 687-8008
Court@BankruptcyClinic.com

/**s**/ *Robert Sanchez*_____
ROBERT SANCHEZ ESQ.
Florida Bar No.0442161